UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| In re: GENE ROSS CLARDY,<br>Debtor | Case No. 25-50962-KMS<br>Chapter 13 |
| **MARGUERITE COLEY and KIMBERLY GUY** | **PLAINTIFF** |
| v. | Adv. Proc. No. 25-06015-KMS |
| **GENE ROSS CLARDY** | **DEFENDANT** |

### ANSWER

COMES NOW, the Defendant, Gene Ross Clardy ("Defendant"), by and through counsel, and responds to the Complaint of Plaintiffs, paragraph by paragraph, as follows:

1. Defendant admits this Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334 and that this is a core proceeding. Defendant denies any other allegations of this paragraph not expressly admitted.

2. Defendant is without sufficient information to admit or deny the allegations concerning the Plaintiffs' residence and pending state court action, and therefore denies same. Defendant further acers that relief from the automatic stay must by motion under 11 U.S.C. §362(d), not in this adversary proceeding

3. Defendant admits that he is the debtor in Case No. 25-50962-KMS, currently pending in this Court, and that his address is as stated in the petition. Defendant denies all remaining allegations of this paragraph.

4. Defendant denies the allegations contained in Paragraph 4 of the Complaint.

5. Defendant denies the allegations contained in Paragraph 5 of the Complaint.

6. Defendant admits that a complaint was filed in Pearl River County Chancery Court, Cause No. 24-CV-244, and that such case is currently pending. Defendant denies all remaining allegations of Paragraph 6.

7. Defendant admits only that the Chancery Court entered an order of joinder of additional parties. Defendant denies all remaining allegations of Paragraph 7

8. Defendant denies the allegations contained in Paragraph 8 of the Complaint.

9. Defendant admits that he filed for bankruptcy protection under Chapter 13 on or about July 15, 2025, in Case No. 25-50962-KMS. Defendant denies all remaining allegations of Paragraph 9.

10. Defendant denies the allegations of Paragraph 14 and specifically denies that any debt owed to the Plaintiffs is nondischargeable under 11 U.S.C. §523(a)(2)(A).

11. Defendant denies the allegations of Paragraph 15 and specifically denies that any debt owed to Plaintiffs is nondischargeable under 11 U.S.C. §523(a)(4).

12. Defendant denies the allegations of Paragraph 16. Further, Defendant affirmatively asserts that 11 U.S.C. §523(a)(6) is not an exception to discharge in a Chapter 13 case pursuant to 11 U.S.C. §1328(a)(2), and therefore Plaintiffs' Count III fails to state a claim upon which relief can be granted

Defendant denies that Plaintiffs are entitled to any of the relief requested in their Complaint. The Complaint fails to state claim upon which relief can be granted. Relief from the automatic stay must be requested by motion under 11 U.S.C. §362(d) and Fed. R. Bankr. P. 4001, not in an adversary proceeding. The issues raised substantially overlap with pending proceedings in the Chancery Court of Pearl River County, Mississippi, Cause No. 24-CV-244. This adversary proceeding should be stayed pending the outcome of that litigation. Plaintiffs'

claim under §523(a)(6) fails as a matter of law because such debts are not excepted from discharge in a standard Chapter 13 case under 11 U.S.C. §1328(a)(2).

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully prays that this Court:

1. Deny the relief requested in the Complaint.
2. Stay this adversary proceeding pending the outcome of the related state court action;
3. Dismiss Plaintiffs Count III §523(a)(6)) with prejudice; and
4. Grant Defendant such other and further relief as the Court deems just and proper.

Dated: October 10, 2025.  Respectfully submitted,

**Gene Ross Clardy**, ***Defendant***

By:  */s/Thomas C. Rollins, Jr.*
Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
*trollins@therollinsfirm.com*

**CERTIFICATE OF SERVICE**

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Answer was forwarded on October 10, 2025, to:

By Electronic CM/ECF Notice:

Case Trustee

U.S. Trustee

Barron McSwain, Attorney for Plaintiff

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.