United States Bankruptcy Court
Southern District of Mississippi

Coley,
    Plaintiff

Clardy,
    Defendant

Adv. Proc. No. 25-06015-KMS

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 1 |
| Date Rcvd: Oct 08, 2025 | Form ID: nlr5005a | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Barron McSwain, 533 Old Richton Rd., Petal, MS 39465-2919 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 10, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com  waccourt1@gmail.com |

TOTAL: 1

Form nlr5005−1_adv (01/16)

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

**In re:**

    **Gene Ross Clardy**                                                 **Case No. 25−50962−KMS**

            DEBTOR.                                            **Chapter: 13**

**Marguerite Coley and Kimberly Guy**                     **Plaintiffs**

      **v.**                                                       **Adv. Proc. No. 25−06015−KMS**

**Gene Ross Clardy**                                                     **Defendant**

## Notice of Non−Compliance with
## Mandatory Electronic Filing Requirements

**To:**     **Barron McSwain, Esq.**
            **533 Old Richton Rd.**
            **Petal, MS 39565**

      You filed a paper or pleading (Dkt. #1) on October 7, 2025. Miss. Bankr. L.R. 5005−1(a)(2)(A) requires that "[a]ll documents submitted in all cases and proceedings shall be filed electronically, and signed or verified by electronic means, in compliance with the Administrative Procedures for Electronic Case Filing" of this Court.

      You should register with the Court for an ECF user login and password to facilitate electronic filing of future papers or pleadings. Registration forms and requirements are available on the court's website at: www.mssb.uscourts.gov.

      Failure to electronically file future pleadings and documents may result in a hearing to show cause why sanctions or other relief should not be imposed pursuant to Federal Rule of Bankruptcy Procedure 5005(a)(2)(A).

Dated:     October 8, 2025                         Danny L. Miller, Clerk of Court
                                                            U.S. Bankruptcy Court
                                                             Dan M. Russell, Jr. U.S. Courthouse
                                                             2012 15th Street, Suite 244
                                                             Gulfport, MS 39501
                                                             228−563−1790