United States Bankruptcy Court
Southern District of Mississippi

Coley,
    Plaintiff

Clardy,
    Defendant

Adv. Proc. No. 25-06015-KMS

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 2
Date Rcvd: Oct 14, 2025      Form ID: hna04kms      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Barron McSwain, 533 Old Richton Rd., Petal, MS 39465-2919 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion05.ja.ecf@usdoj.gov | Oct 14 2025 20:27:00 | United States Trustee, 501 East Court Street, Suite 6-430, Jackson, MS 39201-5022 |
| ust | + Email/Text: ustpregion05.ja.ecf@usdoj.gov | Oct 14 2025 20:27:00 | United States Trustee, 501 E. Court Street, Ste 6-430, Jackson, MS 39201-5022 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Defendant Gene Ross Clardy trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |

District/off: 0538-6 User: mssbad Page 2 of 2
Date Rcvd: Oct 14, 2025 Form ID: hna04kms Total Noticed: 3

Warren A. Cuntz T1, Jr.
                           wcuntzcourt@gport13.com waccourt1@gmail.com

TOTAL: 2

Form hna04kms (Rev. 10/18)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

    Gene Ross Clardy                                       **CASE NO. 25−50962−KMS**

        **DEBTOR.**                                                              **CHAPTER 13**

**Marguerite Coley and Kimberly Guy**                     **PLAINTIFFS**

**VS.**                                                                       **ADV. PROC. NO. 25−06015−KMS**

**Gene Ross Clardy**                                             **DEFENDANT**

## NOTICE OF STATUS CONFERENCE

     You are hereby notified that the Court will hold a status conference on November 4, 2025 at 10:00 AM, in the Bankruptcy Courtroom, 7th Floor, Dan M. Russell, Jr. U.S. Courthouse, 2012 15th Street, Gulfport, Mississippi, regarding the above−styled adversary proceeding.

    Dated: 10/14/25                                     Danny L. Miller, Clerk of Court
                                                                 U.S. Bankruptcy Court
                                                                  Dan M. Russell, Jr. U.S. Courthouse
                                                                  2012 15th Street, Suite 244
                                                                  Gulfport, MS 39501
                                                                228−563−1790

Courtroom Deputy
228−563−1797 (use to advise of settlement)
228−563−1841

<u>Parties Noticed</u>:

Barron McSwain, Esq.

Thomas Carl Rollins, Jr., Esq.