Form 2500A (Rev. 12/15)

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

    Gene Ross Clardy                                      CASE NO. 25-50962-KMS

        DEBTOR.                                             CHAPTER 13

Marguerite Coley and Kimberly Guy                      PLAINTIFFS

    v.                                           ADV. PROC. NO. 25-06015-KMS

Gene Ross Clardy                                    DEFENDANT

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

    Address of the clerk:                  Danny L. Miller, Clerk of Court
                                                           Dan M. Russell, Jr. U.S. Courthouse
                                                           2012 15th Street, Suite 244
                                                           Gulfport, MS 39501

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name and Address of Plaintiff's Attorney:        Barron McSwain, Esq.
                                                                      533 Old Richton Rd.
                                                                      Petal, MS 39465

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date: October 8, 2025



                                                    Danny L. Miller, Clerk of Court

                                                    By: /s/Christy Cannette, Deputy Clerk

38208016671017



Form 2500A

25-06015-KMS

# CERTIFICATE OF SERVICE

I, __Barron McSwain__ (name), certify that service of this summons and a copy of the complaint was made __10/23/2025__ (date) by:

(X) Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

> Mr. Gene Clardy
> 64-A Roy Road
> Lumberton, MS  39455

( ) Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

( ) Residence Service: By leaving the process with the following adult at:

( ) Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

( ) Publication: The defendant was served as follows: [Describe briefly]

( ) State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __10/23/2025__          Signature __//s// Barron McSwain__

Print Name:          __Barron McSWAIN__

Business Address:   __533 Old Richton Road__
                    Petal, MS  39465

016655   38208016671017