BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED

OCT 28 2025

DANNY L. MILLER, CLERK
BY_____DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

Gene Ross Clardy        Case No. 25-50962-KMS

DEBTOR

                                             CHAPTER 13

Marguerite Coley and Kimberly Guy        PLAINTIFFS

v.        ADV PROC. No. 25-06015-KMS

Gene Ross Clardy        DEFENDANT

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW the undersigned, who would enter his appearance as counsel on behalf of MARGUERITE COLEY and KIMBERLY GUY in the above captioned case.

That I request that I receive all papers and documents of proceedings in this cause hereafter at the address set forth hereafter.

> Barron McSwain, MSB #2812
> 533 Old Richton Rd.
> Petal, MS 39465
> barronmcswain@att.net *and alternate*
> barronmcswain@gmail.com

I send my warmest personal regards and remain,

Respectfully Submitted,

//s// Barron McSwain
_____

BARRON McSWAIN, BAR # 2812
PETAL, MS 39465-0384
Telephone: (601) 544-2131
E-mail barronmcswain@att.net

CERTIFICATE OF SERVICE

I, Barron McSwain, hereby certify that I have forwarded a true and correct copy of the above and foregoing documents to those listed as follows:

(X) by electronically filing the foregoing with the Clerk of the Court using the *PACER CMECF* system which sent notification of such filing to all counsel due notice.

(X) by placing a copy of same in the United States mail, postage prepaid.

() by hand delivering same to the office or the person due notice.

() by Notice to those who do not have access to the CM/ECF system as listed.

None are known at this time.

() by certified mail, return receipt requested.

Done this the 24th day of October, 2025.

                                         //s// Barron McSwain
                                         Barron McSwain
                                         Petal, Mississippi 39465
                                         601 544-2131
                                         E-mail: barronmcswain@att.net