LAW OFFICES
# B A R R O N  M c S W A I N
ATTORNEY AND COUNSELOR AT LAW

TELEPHONE: (601) 544-2131

533 OLD RICHTON ROAD
PETAL, MISSISSIPPI 39465-2919
E-Mail address:barronmcswain@att.net

October 24, 2025

US Bankruptcy Court
Southern District of Mississippi
**RECEIVED**

OCT 28 2025

Danny L. Miller, Clerk of Court
By:_____,Deputy Clerk

Hon. Danny L. Miller, Clerk of Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

RE:    Notice of Appearance of counsel
       Marguerite Coley and Kimberly Guy v Gene Ross Clardy.

Dear Mr. Miller:

    Please find attached our Notice of Appearance in regard to the captioned matter. I noticed when I filed the Summons Executed that Notice was not electronically delivered to this office.

    Therefore, I am separately entering my appearance, trusting this will be sufficient for me to receive notices electronically.  I just got approved on October 23rd for filing.

    We stand ready to accomplish anything else we need to do.

    I send my warmest regards, and remain,

Cordially,

Barron McSwain

BM/lm

att: 1