

Barron McSwain, Lawyer
533 Old Richton Road
Petal, Ms 39465

GULFPORT MS 395
27 OCT 2025 AM 1 L

Hon. Danny L. Miller, Clerk of Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

US Bankruptcy Court
Southern District of Mississippi
RECEIVED
OCT 28 2025
Danny L. Miller, Clerk of Court
By: _____, Deputy Clerk