# Proceeding Minutes / Proceeding Memo

**Case #:** 25-06015  **Case Name:** Coley et al v. Clardy

**Set:** 11/04/2025 10:00 am  **Chapter:**  **Type:** ap  **Judge:** Katharine M. Samson

**matter** Notice of Status Conference (RE: related document(s)1 Complaint filed by Plaintiff Marguerite Coley, Plaintiff Kimberly Guy) (Dkt. #10)

Minute Entry Re: (related document(s): [10] Notice of Status Conference) Appearances: Jennifer Calvillo. Status conference was held. Parties will submit agreed order staying adversary and agreed order lifting stay to proceed in state court. Tickle for date: 11/18/2025. (cwe)