

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 19, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:    Gene Ross Clardy, Debtor | Case No. 25-50962-KMS |
| | CHAPTER 13 |
| **MARGUERITE COLEY and KIMBERLY GUY** | **PLAINTIFF** |
| v. | Adv. Proc. No. 25-06015-KMS |
| **GENE ROSS CLARDY** | **DEFENDANT** |

### AGREED ORDER TO STAY ADVERSARY PROCEEDING

On the Complaint (Dk #1) filed by the Plaintiff and Answer (Dk #7) filed by Defendant, the Court has been informed that the Creditor and Debtor have reached an agreement, and that the relief requested is appropriate. It is therefore:

**IT IS HEREBY ORDERED AND ADJUDGED THAT** the Adversary Proceeding shall be stayed until further notice and all deadlines shall be held in abeyance until the stay is lifted.

#END OF ORDER#

AGREED BY:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
Attorney for Defendant

/s/ Barron McSwain
Barron Mcswain (MSBN 2812)
Attorney for Plaintiffs
533 Old Richton Rd.
Petal, MS 39465
601-544-2131
barronmcswain@att.net