United States Bankruptcy Court

Southern District of Mississippi

Coley,

    Plaintiff

Clardy,

    Defendant

Adv. Proc. No. 25-06015-KMS

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 01, 2026 | Form ID: hna04kms | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion05.ja.ecf@usdoj.gov | Jul 01 2026 19:53:00 | United States Trustee, 501 East Court Street, Suite 6-430, Jackson, MS 39201-5022 |
| ust | + Email/Text: ustpregion05.ja.ecf@usdoj.gov | Jul 01 2026 19:53:00 | United States Trustee, 501 E. Court Street, Ste 6-430, Jackson, MS 39201-5022 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2026        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Barron McSwain | on behalf of Plaintiff Marguerite Coley barronmcswain@att.net |
| Barron McSwain | on behalf of Plaintiff Kimberly Guy barronmcswain@att.net |
| Thomas Carl Rollins, Jr | on behalf of Defendant Gene Ross Clardy trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |

District/off: 0538-6                          User: mssbad                                    Page 2 of 2
Date Rcvd: Jul 01, 2026                       Form ID: hna04kms                               Total Noticed: 2

Warren A. Cuntz T1, Jr.
                            wcuntzcourt@gport13.com  waccourt1@gmail.com


TOTAL: 4

Form hna04kms (Rev. 10/18)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

    **Gene Ross Clardy**

**CASE NO. 25–50962–KMS**

        **DEBTOR.**

**CHAPTER 13**

**Marguerite Coley and Kimberly Guy**

**PLAINTIFFS**

**VS.**

**ADV. PROC. NO. 25–06015–KMS**

**Gene Ross Clardy**

**DEFENDANT**

### NOTICE OF STATUS CONFERENCE

You are hereby notified that the Court will hold a status conference on December 3, 2026 at 10:00 AM, in the Bankruptcy Courtroom, 7th Floor, Dan M. Russell, Jr. U.S. Courthouse, 2012 15th Street, Gulfport, Mississippi, regarding the above–styled adversary proceeding.

Dated: 7/1/26

Danny L. Miller, Clerk of Court
U.S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228–563–1790

Courtroom Deputy
228–563–1797 (use to advise of settlement)
228–563–1841

Parties Noticed:

Barron McSwain, Esq.

Thomas Carl Rollins, Jr., Esq.